

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDRES ARELLANES

    Plaintiff,

v.                                                         CIV 09-432 BB-RHS

JASON CLARKE, DAYNA BROCK,
JOEL LUCHETTI, EDDIE PADILLA,
PATRICK APODACA,
in their individual capacities, and
CITY OF ALBUQUERQUE,

    Defendants.

## STIPULATED PROTECTIVE ORDER FOR THE CITY OF ALBUQUERQUE'S INDEPENDENT REVIEW OFFICE INVESTIGATION (IA FILE # CPC -224-070)

**THIS MATTER** having come before the Court on the Unopposed Motion of Protective Order stipulated to by the parties through their respective counsel. The Court being fully advised in the premises,

**FINDS** that good cause exists for the entry of the Stipulated Protective Order based upon the agreement of the parties.

**THEREFORE IT IS ORDERED, ADJUDGED AND DECREED:**

The City of Albuquerque shall produce the Independent Review Office Investigation ("IA File # CPC-224-070") subject to the following terms and conditions.

    A.    All non-City of Albuquerque parties and their respective attorneys will return the contents of IA File # CPC-224-070 at the resolution of this lawsuit;

B. All non-City of Albuquerque parties and their respective attorneys will purge all copies of the contents of IA File # CPC-224-070 at the resolution of this lawsuit;

C. All non-City of Albuquerque parties and their respective attorneys will not to disclose or produce the contents of IA File # CPC-224-070 to any non-party at any time, except for police procedure experts retained by the partiesin this matter;

D. All non-City of Albuquerque parties and their respective attorneys will not to attach any of the contents of IA File # CPC-224-070 as exhibits to depositions or to motions filed with this Court unless the depositions or motions are sealed.

*Robert H. Scott*
**ROBERT H. SCOTT**
**UNITED STATES MAGISTRATE JUDGE**

**APPROVED:**

/s/ Stephanie M. Griffin, Assistant City Attorney
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500

*Attorney for Defendants Apodaca and the City of Albuquerque*

<u>Approved via e-mail on September 2, 2009</u>
Darin Foster
Paul J. Kennedy
Mary Y.C. Han
Kennedy & Han, P.C.
201 12th Street NW
Albuquerque, NM 87102-1815
(505) 842-8662

*Attorneys for Plaintiff*

<u>Approved via e-mail on September 2, 2009</u>
W. Ann Maggiore
Butt Thornton & Baehr, P.C.
P.O. Box 3170
Albuquerque, NM  87190-3170
(505) 884-0777

*Attorneys for Defendants Luchetti and Padilla*

<u>Approved via e-mail on September 2, 2009</u>
Terri S. Beach
Robles, Rael, & Anaya, P.C.
500 Marquette Avenue NW, Suite 700
Albuquerque, NM 87102
(505) 242-2228; (505) 242-1106

*Attorney for Defendants Brock and Clarke*