IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDRES ARELLANES,

      Plaintiff,

v.

JASON CLARKE, DAYNA BROCK,
JOEL LUCHETTI, and EDDIE PADILLA
in their individual capacities,

      Defendants.

Cause No. CIV 09-432 BB/RHS

## CERTIFICATE OF SERVICE

    Defendants Jason Clarke and Dayna Brock hereby certify that the following was electronically served to Plaintiff, c/o Darin M. Foster, Esq., Kennedy & Han, P.C., 201 12th Street NW, Albuquerque, New Mexico 87102; W. Ann Maggiore Attorneys for Defendants Eddie Padilla and Joel Luchetti, P.O. Box 3170 Albuquerque, NM 87190; and Stephanie M. Griffin, Esq., Assistant City Attorney, P.O. Box 2248, Albuquerque, New Mexico 87103, on this 20th day of October, 2009.

    1.    Defendant's Rule 25(a)(1) Supplemental Disclosures.

        Respectfully submitted,

        ROBLES, RAEL & ANAYA, P.C.

        By:    /s/ Terri Sauer Beach
                  Terri Sauer Beach
                  Attorney for Defendants Clarke and Brock
                  500 Marquette Ave., NW, Suite 700
                  Albuquerque, New Mexico 87102
                  (505) 242-2228
                  (505) 242-1106 (facsimile)